**FILED REDACTED PURSUANT TO THE E-GOVERNMENT ACT OF 2002**
JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:** **Under Seal:** Yes X No ___ **Judge Assigned:** ___

City ___ Superseding Indictment ___ **Criminal Number:** 1:11 mJ 975

County/Parish Fairfax County Same Defendant ___ New Defendant X

Magistrate Judge Case Number ___ **Arraignment Date:** ___

Search Warrant Case Number ___

R 20/R 40 from District of ___

**Defendant Information:**

**Juvenile** --Yes ___ No X **FBI #** ___

**Defendant Name:** Christopher Larson **Alias Name(s)** ___

**Address:** [redacted], Lakeland, Florida 33813

**Employment:** ___

**Birth date** [redacted]1969 **SS#** [redacted]3123 **Sex** M **Def Race** Caucasian **Nationality** ___ **Place of Birth** ___

**Height** ___ **Weight** ___ **Hair** ___ **Eyes** ___ **Scars/Tattoos** ___

**Interpreter:** X No ___ **Yes List language and/or dialect:** ___ **Automobile Description** ___

**Location Status:**

Arrest Date December 1, 2011

___ Already in Federal Custody as of ___ in ___

___ Already in State Custody ___ On Pretrial Release ___ Not in Custody

___ Arrest Warrant Requested ___ Fugitive ___ Summons Requested

___ Arrest Warrant Pending X Detention Sought ___ Bond ___

**Defense Counsel Information:**

Name: ___ ___ Court Appointed Counsel conflicted out: ___

Address: ___ ___ Retained

Telephone: ___ ___ Public Defender Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA Rebeca Bellows Telephone No: 703-299-3748 Bar # ___

**Complainant Agency, Address & Phone Number or Person & Title:**

U.S. Drug Enforcement Administration, Special Agent Mark Embrey (202) 514-1114

**U.S.C. Citations:** 1

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | attempt to possess with intent to distribute a Schedule II controlled substance | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 12/2/11 Signature of AUSA: Rebeca H. Bellows